# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

v.

JAMEY ERIC SAPP,

    Defendant.

CR 222-026

## ORDER

    Before the Court is Defendant Jamey Sapp's Motion to Release Collateral Held as Security for Appearance Bond. Dkt. No. 2247. Therein, Defendant requests, pursuant to Federal Rule of Criminal Procedure 46(a), "an Order releasing 617 Brockinton Point, St. Simons Island, Georgia and personal property, specifically a 2022 Chevrolet Silverado as security for bond." Id. at 2. Defendant represents that the Government does not oppose the motion.

    After careful consideration and for good cause shown, and there being no opposition from the Government, Defendant's motion is **GRANTED**. Accordingly, 617 Brockinton Point, St. Simons Island, Georgia, and the 2022 Chevrolet Silverado are hereby released as security for bond.

**SO ORDERED,** this 3 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA